

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

———————————————

No. 02-23-00399-CV

———————————————

CIRRUS AMIGHI, Appellant

V.

JP MORGAN CHASE BANK, NATIONAL ASSOCIATION, Appellee

On Appeal from County Court at Law No. 1
Tarrant County, Texas
Trial Court No. 2023-006252-1

Before Sudderth, C.J.; Kerr and Birdwell, JJ.
Per Curiam Memorandum Opinion

**MEMORANDUM OPINION AND JUDGMENT**

Appellant's brief was due on February 16, 2024, *see* Tex. R. App. P. 38.6(a), but no brief was filed. On February 29, 2024, we warned Appellant that we could dismiss his appeal for want of prosecution unless, within ten days, he filed a brief and an accompanying motion reasonably explaining the brief's untimeliness. *See* Tex. R. App. P. 10.5(b), 38.8(a)(1), 42.3(b). More than a month has passed, and Appellant has still not filed a brief.

Because Appellant has failed to file a brief, we dismiss his appeal for want of prosecution. *See* Tex. R. App. P. 38.8(a)(1), 42.3(b), 43.2(f).

Per Curiam

Delivered: April 4, 2024